# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____N/A_____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00028__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__   Matter to be sealed: _____ Yes __X__ No

Defendant Name _____Jun Pyo Kim_____

Allisas Name _____

Address _____

Birthdate __XX/XX/1970__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Korean__

**U.S. Attorney Information:**

AUSA __Frederick A. Black__

Interpreter: _____ No __X__ Yes     List language and/or dialect: __Korean__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__     _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1546(a) | VISA WAIVER FRAUD | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __8-3-06__     Signature of AUSA: _/s/ Fred A. Black_

RECEIVED AUG - 3 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM

Case 1:06-cr-00028   Document 1-2   Filed 08/03/2006   Page 1 of 1