# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00028                              DATE: August 04, 2006

HON. JAMES WARE, Designated Judge, Presiding
Law Clerk: None Present                           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez         Electronically Recorded: 10:23:20 - 10:27:55
CSO: B. Pereda

**APPEARANCES:**

Defendant: Jun Pyo Kim                            Attorney: Richard Arens
☑ Present ☑ Custody                               ☑ Present ☐ Retained ☑ FPD
☐ Bond ☐ P.R.                                     ☐ CJA

U.S. Attorney: Frederick A. Black                 U.S. Agent: Byron Farley, U.S. Customs and Border Protection

U.S. Probation: Stephen Guilliot                  U.S. Marshal: C. Marquez
Interpreter:                                      Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Initial Appearance**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u>, appointed to represent the defendant.
- Preliminary Examination Hearing set for: <u>August 14, 2006 at 10:00 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>.
- Defense requested for a Change of Plea hearing. The Court Granted the request and set the hearing for <u>Tuesday, August 8, 2006 at 10:30 a.m.</u>

NOTES: