
DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**JUN PYO KIM,**

    Defendant.

CRIMINAL CASE NO. 06-00028

**APPOINTMENT ORDER**

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant in the above-entitled case *nunc pro tunc* to August 3, 2006

Dated this 4th day of August, 2006.

_____
JAMES WARE, DESIGNATED JUDGE
DISTRICT COURT OF GUAM

**ORIGINAL**