O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA
V.
JUN PYO KIM

WAIVER OF INDICTMENT

CASE NUMBER: 06-00028

FILED
DISTRICT COURT OF GUAM
AUG - 8 2006
MARY L.M. MORAN
CLERK OF COURT

I, Jun Pyo Kim                                , the above named defendant, who is accused of presentation of immigration documents containing false statements, in violation of Title 18, United States Code, Section 1546(a),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/8/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JUN PYO KIM
Defendant

RICHARD PARKER ARENS
Counsel for Defendant

Before _____
Judicial Officer

ORIGINAL