JKim.Info

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
AUG -8 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00028 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **INFORMATION** |
| vs. | ) | |
| | ) | **PRESENTATION OF IMMIGRATION** |
| | ) | **DOCUMENTS CONTAINING FALSE** |
| | ) | **STATEMENTS** |
| JUN PYO KIM, | ) | [18 U.S.C. § 1546(a)] |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

On about August 2, 2006, in the District of Guam and elsewhere, the defendant herein, JUN PYO KIM, knowingly presented his application for a Korean Visa Waiver, a document required for entry into Guam under the immigration laws, knowing at the time that it contained false statements material to the immigration laws to wit: he denied that he had ever been convicted of a crime and he denied that he had ever been deported from the United States, both

//

//

statements he then and there knew to be false, in violation of Title 18, United States Code, Section 1546(a).

Dated this 8th day of August, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney

- 2 -