# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: CR-06-00028     DATE: August 08, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 1:56:17 - 2:30:41
CSO: J. Lizama / J. McDonald

**APPEARANCES:**

Defendant: Jun Pyo Kim     Attorney: Richard Arens
☑ Present ☑ Custody     ☑ Present ☐ Retained ☑ FPD
☐ Bond ☐ P.R.     ☐ CJA

U.S. Attorney: Frederick A. Black     U.S. Agent: Byron Farley, U.S. Customs and Border Protection

U.S. Probation: Rosanna Villagomez-Aguon     U.S. Marshal: J. Curry / W. Gray
Interpreter:     Language:
☐ Sworn ☐ Previously Sworn

**PROCEEDINGS: Waiver of Indictment / Filing of Information / Plea**
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Defendant sworn and examined.

- Waiver of Indictment executed.
- Plea Entered: <u>Guilty</u> Count I.
- Plea accepted.
- Report and Recommendation executed.
- Presentence Report due to the parties: <u>10/20/2006.</u> Presentence Report due to the Court: <u>11/10/2006.</u>
- Sentencing set for: <u>November 27, 2006 at 10:00 a.m.</u>
- Defendant released on Personal Recognizance Bond with the conditions that he report to the U.S. Probation Office once a week and notify their office of any change in residence.

NOTES: Government requested for an expedited presentence report and sentencing hearing and stated his reasons. Based on counsel's representation, the Court put the case on a fast track and asked the Probation Office to complete the presentence report in three weeks, if possible.