FILED
DISTRICT COURT OF GUAM
AUG 31 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUN PYO KIM,

Defendant.

CRIMINAL CASE NO. 06-00028

**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF SENTENCING**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Information charging him with Presentation of Immigration Documents Containing False Statements, in violation of 18 U.S.C. § 1546(a), is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for sentencing on November 27, 2006, at 10:00 a.m..

IT IS SO ORDERED.

DATED this 31st day of August 2006.

RONALD B. LEIGHTON*
District Judge

* The Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington, sitting by designation.