JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JUN PYO KIM

FILED
DISTRICT COURT OF GUAM

AUG 3 1 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-06-00028 |
| ) | |
| Plaintiff, ) | STIPULATION TO SET SENTENCING |
| ) | DATE |
| vs. ) | |
| ) | |
| JUN PYO KIM, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO SET SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the sentencing currently scheduled for November 27, 2006, be rescheduled for September 1, 2006. The Pre-sentence Investigation Report has been completed and both parties to this stipulation

ORIGINAL

have agreed to a proposed sentence in this matter. Additionally, neither party objects to the Pre-Sentence Report.

  IT IS SO STIPULATED:

  DATED: Mongmong, Guam, August 31, 2006.

                         RICHARD P. ARENS
                         Attorney for Defendant
                         JUN PYO KIM

                         FREDERICK A. BLACK
                         Attorney for Plaintiff
                         UNITED STATES OF AMERICA

                         MARIA CRUZ
                         U.S. Probation Officer

2

Case 1:06-cr-00028  Document 15  Filed 08/31/2006  Page 2 of 2