# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# SENTENCING

CASE NO.: CR-06-00028  DATE: September 01, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 9:30:42 - 9:48:40
CSO: J. McDonald

**APPEARANCES:**
Defendant: Jun Pyo Kim  Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black  Agent: Byron Farley, Immigration & Customs Enforcement
U.S. Probation: Maria Cruz  U.S. Marshal: None Present
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate offense levels.
- Attorney for defendant addressed the Court and made its recommendation for a sentence of time served. The Government concurred.
- Defendant committed to the Bureau of Prisons for a term of <u>Time served (approximately seven days).</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>Two years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.

NOTES: