%AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**JUN PYO KIM**

**WARRANT FOR ARREST**

Case Number: CR-06-00028

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JUN PYO KIM__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

**RECEIVED**
AUG 04 2006
US MARSHALS SERVICE-GUAM

charging him or her with (brief description of offense)

**VISA WAIVER FRAUD**

in violation of Title __18__ United States Code, Section(s) __1546(a)__

**JAMES WARE**
Name of Issuing Officer

*James Ware* (signature)
Signature of Issuing Officer

**DESIGNATED JUDGE**
Title of Issuing Officer

**August 3, 2006; HAGATNA, GUAM**
Date and Location

ORIGINAL

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USMS Office

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/04/2006 | Clark Marquez DUSM | *Clark M.* |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____